**BUNSOW DE MORY LLP**
Aaron R. Hand (SBN 245755)
ahand@bdiplaw.com
701 El Camino Real
Redwood City, CA 94063
Telephone: (949) 258-9237

**DIRECTION IP LAW**
David R. Bennett (admitted *pro hac vice*)
dbennett@directionip.com
P.O. Box 14184
Chicago, IL 60614
Telephone: (312)291-1667

*Attorneys for Plaintiff*
*Convergent Assets LLC*

Paul B. Salvaty (SBN: 171507)
*psalvaty@winston.com*
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Kelly C. Hunsaker (SBN: 168307)
*KHunsaker@winston.com*
Eimeric Reig-Plessis (SBN: 321273)
*EReigPlessis@winston.com*
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA  94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Attorneys for Defendant
Snap Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONVERGENT ASSETS LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>SNAP INC.,<br><br>                    Defendant. | Case No. 2:24-cv-0977-WLH-JDE<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Honorable Wesley L. Hsu |

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and (c), Plaintiff Convergent Assets LLC and Defendant Snap Inc. hereby stipulate to the dismissal of all claims and

counterclaims asserted in this action between Plaintiff Convergent Assets LLC and Defendant Snap Inc. WITH PREJUDICE with each Party to bear its own costs, expenses, and attorneys' fees.

DATED: April 10, 2024                    Direction IP Law

                                         By:   /s/ David R. Bennett
                                               David R. Bennett
                                               *Attorneys for Plaintiff*
                                               *Convergent Assets LLC*

DATED: May 3, 2024                       Bunsow De Mory LLP

                                         By:   /s/ Aaron R. Hand
                                               Aaron R. Hand
                                               *Attorneys for Plaintiff*
                                               *Convergent Assets LLC*

DATED: April 10, 2024                    Winston & Strawn LLP

                                         By:   /s/ Kelly C. Hunsaker
                                               Kelly C. Hunsaker
                                               *Attorneys for Defendant*
                                               *Snap Inc.*